UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William J. Martini |
| v. | : | Crim. No. 11-193 |
| CARLO CHIAESE | : | <u>O R D E R</u> |

This matter having come before the Court on the motion of the United States of America (Paul J. Fishman, United States Attorney, Matthew E. Beck, Assistant United States Attorney, appearing) to cancel the $60,000 secured appearance bond posted in this matter, and it appearing that:

1. On October 5, 2010, Carlos Chiaese was arrested by the Federal Bureau of Investigation based on a criminal complaint that charged him with securities fraud in violation of Title 15, United States Code, Sections 78j(b) & 78ff, and Title 17, Code of Federal Regulations, Section 240.10b-5, and Title 18, United States Code, Section 2; and

2. Defendant Chiaese was released from custody on October 5, 2010, after posting a $750,000 bond that was secured by a $60,000 certificate of deposit posted by Salvatore and Lilliana Alifano; and

3. Defendant Chiaese pled guilty before this Court and was sentenced on August 18, 2011 to a 58 month term of imprisonment; and

4. Defendant Chiaese has surrendered himself to the Bureau of Prisons and is currently serving his sentence at a federal correctional institute; and

5. The United States has requested that the bond posted on defendant Chiaese's behalf be cancelled.

WHEREFORE, on this 6th day of December, 2011,

IT IS ORDERED that the $60,000 secured bond posted by Salvatore and Lilliana Alifano in the form of a certificate of deposit is hereby cancelled.

_____
Honorable William J. Martini
United States District Judge